UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------- x

CELEBRATION IP LLC,

               Plaintiff,

-against-                             ECF CASE

VARTA MICROBATTERY, INC.,         Index No.: 12-CV-2782 (PKC)

               Defendant.               STIPULATION TO EXTEND TIME
                                            AND ORDER

---------------------------------------------- x

It is hereby consented, stipulated and agreed, by and between the attorney for Plaintiff CELEBRATION IP LLC and the attorney for Defendant VARTA MICROBATTERY, INC., that Defendant Varta's time to answer the complaint or file a motion is extended through September 10, 2021.

Dated: July 12, 2021

By: /s/ *Nicholas Loaknauth*                  By: /s/ *Stuart Pollack*

**Loaknauth Law, P.C.**                         **DLA Piper LLP (US)**
Nicholas Loaknauth                             Stuart E. Pollack
1460 Broadway                                   1251 Avenue of the Americas
New York, New York 10036              New York, New York 10020-1104
Telephone: (212) 641-0745              Telephone: (212) 335-4500
Facsimile: (718) 301-1247               Facsimile: (212) 335-4501
Email: nick@loaknauthlaw.com        Email: stuart.pollack@dlapiper.com

*Attorney for Plaintiff Celebration IP LLC*    *Attorney for Defendant Varta Microbattery, Inc.*

                                                       SO ORDERED.
                                                       Dated: 7/12/2021

                                                       P. Kevin Castel
                                                      United States District Judge